IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ARGONAUT INSURANCE
COMPANY, as successor by merger with
FARM FAMILY CASUALTY                    :
INSURANCE COMPANY                       :
                                        :       CIVIL ACTION NO.  1:26-cv-02469
                Plaintiff               :
        v.                              :
                                        :
FLOOR SKINZ LLC                         :
MICHAEL IPPOLITO                        :
GARY WIMBERLY                           :
DANIEL HAER                             :
                Defendants              :

## NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)

Plaintiff, Argonaut Insurance Company, as successor by merger with Farm Family

Casualty Insurance Company, by and through its undersigned counsel, Thomas, Thomas & Hafer,

LLP, hereby files the within NOTICE OF DISMISSAL pursuant to F.R.C.P. 41 (a)(1)(A)(i).


Respectfully submitted,

**THOMAS, THOMAS & HAFER, LLP**

/s/ *Gregory C. Kunkle*

Gregory C. Kunkle, Ph.D., Esquire
1550 Pond Rd., Suite 210
Allentown, PA 18104
610-332-7015
gkunkle@tthlaw.com
Attorney Identification No. 90005
*Attorneys for Plaintiff,*
*Argonaut Insurance Company*

DATE: 3/12/2026